UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-80020-RLR

GARFIELD SPENCE,

    Plaintiff,

v.

LARISE ATLANTIS LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court on the parties' Stipulation of Dismissal at docket entries 11 and 12. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 23rd day of February, 2023.

                                          ROBIN L. ROSENBERG
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record